# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN HARRIS, | } | |
| | } | |
| Plaintiff, | } | CIVIL ACTION 2: 13-CV-449 |
| | } | |
| v. | } | JUDGE: Frost |
| | } | |
| ENHANCED RECOVERY COMPANY, LLC, | } | **NOTICE OF SETTLEMENT** |
| | } | |
| Defendant. | } | |

Plaintiff, KEVIN HARRIS, respectfully informs the Court that the parties have reached a mutual agreement to settle this case and that Plaintiff will submit a formal dismissal entry within thirty (30) days.

    Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

 /s/ J. Daniel Scharville_____
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff